**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

IDA WATKINS,                                   Civil Action No. 24-cv-11328-JEK
                Plaintiff,

      v.

STEPHANIE CHAU, et al.,
                Defendants.

## PLAINTIFF'S VOLUNTARY MOTION TO WITHDRAW DOCKET NOS. 113 AND 114 AND ALL ATTACHED EXHIBITS

Plaintiff Ida Watkins respectfully moves this Honorable Court to withdraw Docket Nos. 113 and 114, both styled as Motions to Compel, together with all exhibits attached thereto.

In support of this motion, Plaintiff states as follows:

1. Docket Nos. 113 and 114 were filed due to clerical and administrative errors.
2. Upon review, Plaintiff has determined that the filings contain inaccuracies and/or duplicative material that require correction prior to refiling.
3. Withdrawal of these motions will conserve judicial resources and avoid potential confusion in the record.
4. This request is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests that the Court permit the voluntary withdrawal of Docket Nos. 113 and 114, including all attached exhibits, without prejudice.

Respectfully submitted,

/s/ Ida Watkins
Ida Watkins
Plaintiff, Pro Se